STATE OF NEW JERSEY v. ROJELIO CARDONA.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE JAMES ROBERTS.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD RICHARDSON.

October 6, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 399)

STATE OF NEW JERSEY v. JOHN W. HOCKER, III.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON SINGLETARY.

October 6, 1986.

Petition for certification denied.